# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONASER CASTANEDA and GREG PALIARO, on Behalf of Himself and on Behalf of All Others Similarly Situated,** | **CIVIL ACTION NO.: 3:19-00131** |
| **Plaintiffs,** | **JUDGE DEGRAVELLES** |
| **V.** | **MAGISTRATE JUDGE WILDER-DOOMES** |
| **EMPATH, LLC,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## SUPPLEMENTAL EMERGENCY MOTION FOR PROTECTIVE ORDER, SANCTIONS, AND CORRECTIVE NOTICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Jonaser Castaneda and Greg Paliaro (collectively referred to as "Plaintiffs"), on behalf of themselves and all other persons similarly situated, who respectfully file this Supplemental Emergency Motion for Protective Order, Sanctions, and Corrective Notice, attached Supplemental Memorandum in Support, and Exhibits as requested by the Court. Plaintiffs respectfully request that this Honorable Court issue a Protective Order, Sanctions, and Corrective Notice in response to the actions taken by Empath, LLC ("Defendant") and its agents on May 21, 2019. Essentially, Defendant and its agents intentionally interfered with this litigation when its agents attempted to "pay-off" class members in exchange for their execution of certain confidentiality agreements and waivers. Plaintiffs request emergency and expedited relief given the facts surrounding the Defendant's actions, as outlined in the attached supporting memorandum.

**WHEREFORE**, Plaintiffs, Jonaser Castaneda and Greg Paliaro, on behalf of themselves and all other persons similarly situated, respectfully request that this Honorable Court  issue a

Protective Order, Sanctions, and Corrective Notice in response to the actions taken by Empath, LLC ("Defendant") and its agents on May 21, 2019, including an order requiring (1) that Defendant provide a listing of all telephone numbers and e-mail addresses of putative class members that received Defendant's documents evidenced by Exhibit 2, (2) monetary sanctions that would include attorneys' fees and costs, including the costs of a third-party to evaluate the monetary claim of all potential class members; (3) the delivery of a corrective notice to the class to be paid for by Defendant, (4) striking as invalid any signed agreements and waivers, and (5) a tolling of the claims of all potential class members.

Respectfully submitted:

Chehardy, Sherman, Williams, Murray,
Recile, Stakelum & Hayes, LLP

*/s/ Preston  L. Hayes*

GEORGE B. RECILE (#11414)
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
ZACHARY R. SMITH (#37316)
ANYA M. JONES (#36923)
*Chehardy, Sherman, Williams, Murray, Recile,*
*Stakelum & Hayes, L.L.P.*
One Galleria Boulevard, Suite 1100 Metairie,
Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 613-4528
*Counsel for Plaintiffs*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 22, 2019 the forgoing document was filed with the Court through the Court's CM/ECF System, and electronic notice of such filing has been sent to all counsel of record.

*/s/ Preston L. Hayes*

_____

PRESTON L. HAYES