## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONASER CASTANEDA and GREG PALIARO, on Behalf of Himself and on Behalf of All Others Similarly Situated,** | **CIVIL ACTION NO.: 3:19-00131** |
| Plaintiffs, | **JUDGE DEGRAVELLES** |
| V. | **MAGISTRATE JUDGE WILDER-DOOMES** |
| **EMPATH, LLC,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

To the Honorable Court, all parties herein and their respective counsel of record:

Plaintiffs, Jonaser Castaneda and Greg Paliaro, through undersigned counsel, voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a). Such dismiss shall be with prejudice with each side to bear its own costs and fees.

Respectfully submitted:

Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP

*/s/ Ryan P. Monsour*

GEORGE B. RECILE (#11414)
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
ZACHARY R. SMITH (#37316)
ANYA M. JONES (#36923)
*Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P.*
One Galleria Boulevard, Suite 1100 Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 613-4528
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019 the forgoing document was filed with the Court through the Court's CM/ECF System, and electronic notice of such filing has been sent to all counsel of record.

*/s/ Ryan P. Monsour*

_____
RYAN P. MONSOUR